■     SWAN PRODUCTS CO., INC., Respondent, v. 130-30 BUILDING CORP., Appellant.—

Concur —
Stevens, P. J., Eager, McGivern and Markewich, JJ.